Janice M. Michaels
Nevada Bar No. 6062
Analise N. M. Tilton
Nevada Bar No. 13185
Jacquelyn N. Witt
Nevada Bar No. 14648
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendants, Rasier, LLC
(erroneously named Rasier, LLC d/b/a Uber) and
Uber Technologies, Inc. (erroneously named
Uber Technologies, Inc. d/b/a Uber)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LISA MARIE BONARIRGO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>RASIER, LLC d/b/a UBER, a foreign corporation; UBER TECHNOLOGIES, INC. d/b/a UBER, a foreign corporation; DOES DRIVERS 1-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01243-APG-BNW<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

COME NOW DEFENDANTS, RASIER, LLC AND UBER TECHNOLOGIES, INC. (hereinafter "Defendants"), and PLAINTIFF, LISA MARIE BONARIRGO (hereinafter "Plaintiff") by and through their respective counsel and present the following to the Court:

1. Plaintiff filed the instant action in the Eighth Judicial District Court for the County of Clark, State of Nevada on May 27, 2020.

2. Defendants filed a Notice of Removal and associated documents on or about July 2, 2020. Defendants based removal on diversity jurisdiction pursuant to 28 U.S.C. § 1332.

3. Plaintiff notified Defendant that she is working to substitute the name for Doe Driver who she alleges is a resident of Clark County, Nevada.

1  4. In light thereof, the parties hereby stipulate to the remand of the instant matter to
2  Department II of the Eighth Judicial District Court for the County of Clark, State of Nevada, where
3  said matter is known as Case No. A-20-815534-C.

4  DATED: July 17, 2020                WOOD, SMITH, HENNING & BERMAN LLP

6
7                                      By: ___*/s/ Analise Tilton*___
                                           ANALISE N. M. TILTON
8                                          JACQUELYN N. WITT
                                           Attorneys for Defendants, Rasier, LLC
9                                          (erroneously named Rasier, LLC d/b/a Uber)
                                           and Uber Technologies, Inc. (erroneously
10                                         named Uber Technologies, Inc. d/b/a Uber)

11 DATED: July 17, 2020                MAINOR WIRTH, LLP

13
                                       By: ___*/s/ Taelor S. Evans*___
14                                         ASH MARIE GANIER
                                           TAELOR S. EVANS
15                                         Attorneys for Plaintiff Lisa Marie Bonarirgo

16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**ORDER**

It is hereby ORDERED that the instant matter be REMANDED to Department II of the Eighth Judicial District Court for the County of Clark, State of Nevada, where said matter is known as A-20-815534-C.

Dated: July 20, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED:  July 17, 2020          WOOD, SMITH, HENNING & BERMAN LLP

By:     */s/ Analise Tilton*
        ANALISE N. M. TILTON
        JACQUELYN N. WITT
        Attorneys for Defendants, Rasier, LLC
        (erroneously named Rasier, LLC d/b/a Uber)
        and  Uber Technologies, Inc. (erroneously
        named  Uber Technologies, Inc. d/b/a Uber)